**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MurphDog LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Ironmonger Brewing Company**<br>**DBA  Naughty Soda**<br>**DBA  Ironmonger Brwing & Distilling**<br>**DBA  Ironmonger Taproom + Axe Throwing** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4257481** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**2111 Bishop Pointe**<br>**Marietta, GA 30062**<br>Number, Street, City, State & ZIP Code<br><br>**Cobb**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**2129 Northwest Pkway SE STE 105 Marietta, GA 30067**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **MurphDog LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **MurphDog LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Debtor    **MurphDog LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **MurphDog LLC**                                                                Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2025**
MM / DD / YYYY

**X** **/s/ Doug Bippert**                                            **Doug Bippert**
Signature of authorized representative of debtor                  Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Michael D Robl**                                        Date    **June  5, 2025**
Signature of attorney for debtor                                          MM / DD / YYYY

**Michael D Robl 610905**
Printed name

**Robl & Bowen LLC**
Firm name

**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
Number, Street, City, State & ZIP Code

Contact phone    **404-373-5153**        Email address    **michael@roblgroup.com**

**610905 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MurphDog LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brian Eisenberg** | | | | | | **$50,000.00** |
| **City of Marietta 205 Lawrence St. Marietta, GA 30060** | | | | | | **$4,391.00** |
| **Doug Bippert** | | **Wages within 180 days of Petition** | | | | **$75,000.00** |
| **Doug Bippert 2111 Bishop Pointe Marietta, GA 30062** | | **loan of $439,581.61; Compensation owed of $623,589 (priority of $75,000 deducted and separately claimed on Schedule E)** | | | | **$988,170.61** |
| **Ekos 2520 N Brevard St, Ste 200 Charlotte, NC 28205** | | | | | | **$383.33** |
| **Exeter 2129 Northwest, LLC Five Radnor Corp Center 100 Matsonford Rd, STE 250 Radnor, PA 19087** | | **rent arrearage** | | | | **$187,039.39** |
| **Georgia Department of Labor District III Tax South Office 1630 Phoenix Blvd., Ste. 204 Atlanta, GA 30349** | | | | **$910.70** | **$0.00** | **$910.70** |

Debtor  **MurphDog LLC**                                              Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Georgia Department of Labor District III Tax South Office 1630 Phoenix Blvd., Ste. 204 Atlanta, GA 30349 | | | | $910.66 | $0.00 | $910.66 |
| Georgia Department of Labor District III Tax South Office 1630 Phoenix Blvd., Ste. 204 Atlanta, GA 30349 | | | | $879.15 | $0.00 | $879.15 |
| Georgia Department of Labor District III Tax South Office 1630 Phoenix Blvd., Ste. 204 Atlanta, GA 30349 | | | | $390.70 | $0.00 | $390.70 |
| Georgia Department of Labor District III Tax South Office 1630 Phoenix Blvd., Ste. 204 Atlanta, GA 30349 | | | | $942.25 | $0.00 | $942.25 |
| Georgia Department of Labor District III Tax South Office 1630 Phoenix Blvd., Ste. 204 Atlanta, GA 30349 | | | | $910.70 | $0.00 | $910.70 |
| Iron Heart Canning Department 1050 PO Box 986500 Boston, MA 02298 | | | | | | $1,825.90 |
| Kaizenture Investments LLC 2 Ravinia Dr., Suite 900 Atlanta, GA 30346 | | | | | | $75,000.00 |
| Keg Logistics PO Box 912908 Denver, CO 80291 | | | | | | $1,136.00 |

Debtor    **MurphDog LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tom Larsen 6051 Heards Dr Atlanta, GA 30328** | | **loan of $380,000; Unpaid compensation of $580,423 (amount on Schedule F is less priority portion claimed on Schedule E)** | | | | **$885,043.00** |
| **Tom Larsen** | | **Wages within 180 days of Petition** | | | | **$75,000.00** |
| **Val Bippert 2111 Bishop Pointe Marietta, GA 30062** | | **Unpaid compensation ($75,000 was deducted due to priority portion claimed on Schedule E)** | | | | **$545,897.00** |
| **Val Bippert** | | **Wages within 180 days of Petition** | | | | **$75,000.00** |
| **Vestis 2680 Palumbo Drive Lexington, KY 40509** | | | | | | **$5,792.93** |

.

Brian Eisenberg


City of Marietta
205 Lawrence St.
Marietta, GA 30060


Comcast
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103


Doug Bippert
2111 Bishop Pointe
Marietta, GA 30062


Draft Beer Services
PO Box 848
Fayetteville, GA 30214


Ekos
2520 N Brevard St, Ste 200
Charlotte, NC 28205


Exeter 2129 Northwest, LLC
Five Radnor Corp Center
100 Matsonford Rd, STE 250
Radnor, PA 19087


Federal Excise Tax Beer
PO Box 790353
Saint Louis, MO 63179


Federal Excise Tax Spirits
PO Box 790353
Saint Louis, MO 63179

```
Georgia Department of Labor
District III Tax South Office
1630 Phoenix Blvd., Ste. 204
Atlanta, GA 30349


InTouch Labels
12 Technology Drive
North Chelmsford, MA 01863


Iron Heart Canning
Department 1050
PO Box 986500
Boston, MA 02298


Joe Schaar c/o A. Keith Logue
3423 Weymouth Court
Marietta, GA 30062


Kaizenture Investments LLC
2 Ravinia Dr., Suite 900
Atlanta, GA 30346


Keg Logistics
PO Box 912908
Denver, CO 80291


Republic National Distributing
One National Drive SW
Atlanta, GA 30336


Tom Larsen
6051 Heards Dr
Atlanta, GA 30328


Val Bippert
2111 Bishop Pointe
Marietta, GA 30062
```

```
Vestis
2680 Palumbo Drive
Lexington, KY 40509
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **MurphDog LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MurphDog LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brian Hutto**

**Doug & Kelly Franck**

**Doug Bippert**

**John Allen**

**Kenwal Investment Group, LLC**

**Tom E. Larsen**

☐ None [*Check if applicable*]

**June  5, 2025**

Date

**/s/ Michael D Robl**

**Michael D Robl 610905**

Signature of Attorney or Litigant
Counsel for   **MurphDog LLC**

**Robl & Bowen LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5153 Fax:404-537-1761**
**michael@roblgroup.com**